

| In re: | Case No. 25-14741-djb |
|---|---|
| Michael M. Thevar, | Chapter 7 |
| Debtor. | |

**Debtor's Motion to Transfer Case**

**AND NOW**, Debtor Michael M. Thevar, through his attorney, moves this Court as follows:

1. This case was filed voluntarily under chapter 7 on November 20, 2025.

2. Shortly before this case was filed, Omni Health Services Inc. filed a case under chapter 11 in this district, which was docketed as case no. 25-14727-amc and randomly assigned to Chief Judge Ashely M. Chan.

3. The Debtor is the sole director and shareholder of Omni and therefore an affiliate as that term is defined by 11 U.S.C. § 101(2)(A).

4. Bankruptcy cases involving affiliated debtors are typically heard by the same judge. See generally E.D.N.Y. Local Bankr. R. 1073-2(a).

5. Both cases involve many of the same creditors, assets, and questions of law and fact.

6. The Debtor respectfully suggests that this case should be re-assigned to Judge Chan in the interest of judicial economy and consistent administration of justice.

**FOR THOSE REASONS,** the Debtor requests that the Court grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: November 20, 2025  **SADEK LAW OFFICES LLC**
*Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com

2