# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>   Michael M. Thevar,<br>                      Debtor. | Case No. 25-14741-amc<br>Chapter 7 |

### Order Transferring Case

**AND NOW**, upon consideration of the *Motion to Transfer Case* filed by Debtor Michael M. Thevar, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk shall transfer this case to the docket of Chief Judge Ashely M. Chan.


Date: _____        _____
                                                          Derek J. Baker
                                                          U.S. Bankruptcy Judge