# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                          Case No. 25-14741-amc

    Michael M. Thevar,                                    Chapter 7

                        Debtor.

## Order Transferring Case

**AND NOW**, upon consideration of the *Motion to Transfer Case* filed by Debtor Michael M. Thevar, and for good cause shown, it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The Clerk shall transfer this case to the docket of Chief Judge Ashely M. Chan.

Date:  **November 24, 2025**

_____
Derek J. Baker
U.S. Bankruptcy Judge