IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Michael M. Thevar : | Chapter 7 |
| : | Case No.: 25-14741-AMC |
|    Debtor(s) : | |

### NOTICE OF RESCHEDULED 341 HEARING – MEETING OF CREDITORS

Brad J. Sadek, on behalf of the above captioned debtor, submits the following Notice of the Rescheduled 341 Hearing -- Meeting of Creditors:

The new hearing date is as follows:    **01/30/2026 at 10:00 AM via Zoom**.

DATED: 12/23/2025                BY:    /s/ Brad J. Sadek, Esq.
                                                                                      Brad J. Sadek, Esquire
                                                                                     Sadek Law Offices, LLC
                                                                                     1500 JFK Boulevard, Suite #220
                                                                                     Philadelphia, PA 19102
                                                                                     brad@sadeklaw.com
                                                                                     215-545-0008