IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Michael M. Thevar | : | Chapter 7 |
| | : | Case No.: 25-14741-AMC |
|    Debtor(s) | : | |

## **CERTIFICATE OF SERVICE**

     I, Brad J. Sadek, Esq., hereby certify that on December 23, 2025 a true and correct copy of the *Rescheduled 341 Hearing Notice* was served by electronic delivery or Regular US Mail to the Debtor, secured and priority creditors, the Trustee and all other directly affected creditors per the address provided on their Proof of Claims.  If said creditor(s) did not file a proof of claim, then the address on the listed on the Debtor's credit report will be used for service.


Date: December 23, 2025     */s/ Brad J. Sadek, Esquire*
                                                                                    Brad J. Sadek, Esquire
                                                                                     Attorney for Debtor(s)