**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Michael M. Thevar | : | Chapter 7 |
| | : | Case No 25-14741-amc |
| Debtor | : | |
| | : | |

O R D E R

AND NOW, this _____ day of _____, 2026, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before January 9, 2026.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE