IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Michael M. Thevar<br><br>Debtor | :<br>:    Chapter 7<br>:    Case No 25-14741-amc<br>:<br>:<br>: |

ORDER

AND NOW, this __6th__ day of __Jan.__, 2026, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before January 9, 2026.
NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE