### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   MICHAEL M. THEVAR | : | CHAPTER 13 |
| | : | |
| Debtor | : | CASE NO.:   25-14741-amc |
| | : | |

### SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly remove Brad J. Sadek, Esquire as counsel for the debtor and replace him with Robert J. Lohr II, Esquire in the above-captioned bankruptcy case.

Dated: March 5, 2026

| | |
|---|---|
| Sadek Law Offices, LLC | Lohr & Associates, Ltd. |
| | |
| By:_____ | By:  _____ |
|   Brad J. Sadek, Esquire |   Robert J. Lohr II, Esquire |
|   1500 JFK Boulevard, Suite 220 |   1246 West Chester Pike, Suite 312 |
|   Philadelphia, PA 19102 |   West Chester, PA 19382 |
|   (215) 545-0008 - telephone |   (610) 701-0222 - telephone |
|   (215) 545-0611 - facsimile |   (610) 431-2792 - facsimile |
|   echo@pennlawyer.com - email |   bob@lohrandassociates.com - email |