**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:   MICHAEL M. THEVAR** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **CASE NO.:   25-14741-amc** |
| | : | |

## NOTICE OF CONTINUED MEETING OF CREDITORS

TO ALL CREDITORS AND PARTIES IN INTEREST:

Please be advised that the date for the Debtor's first continued meeting of creditors has been rescheduled to June 10, 2026 at 11:00 am.   The meeting shall be held via Zoom.   Go to Zoom.US, click on JOIN or call 1 (609) 264-3907, Enter Meeting ID 219 841 3740, and Passcode 3206599493.   For additional meeting information, go to

https://www.justice.gov/ust/moc.

/s/   Robert J. Lohr II
Lohr & Associates, Ltd
1246 West Chester Pike
Suite 312
West Chester, PA 19382
(610) 701-0222 – telephone
(610) 431-2792 – facsimile
bob@lohrandassociates.com - email