**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re: MICHAEL M. THEVAR** | **:** | **CHAPTER 7** |
| | **:** | |
| **Debtor** | **:** | **BANKRUPTCY NO. 25-14741-AMC** |

### CERTIFICATION OF SERVICE

I, Robert J. Lohr II, certify that on April 23, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Continued Meeting of Creditors

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   April 23, 2026

    /s/ Robert J. Lohr II
PA Attorney ID #75676
Lohr & Associates, Ltd.
1246 West Chester Pike, Suite 312
West Chester, PA 19382
(610) 701-0222 - telephone
(610) 431-2792 - facsimile
bob@lohrandassociates.com - email

Name: Office of the United States Trustee
Address: Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of the Party: United States Trustee
Via:     ☒ CM/ECF   ☐ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: Christine C. Shubert, Esquire
Address: Chapter 7 Trustee, 821 Wesley Avenue, Ocean City, NJ 08226
Relationship of the Party: Chapter 7 Standing Trustee
Via:     ☒ CM/ECF   ☐ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: American Express
Address: P.O. Box 981535, El Paso, TX 79998-1535
Relationship of the Party: Creditor
Via:     ☐ CM/ECF   ☒ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: Babubhai Patel
Address: 114 Gordon Lane, North Wales, PA 19454
Relationship of the Party: Creditor
Via:     ☐ CM/ECF   ☒ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: Barclays Bank Delaware
Address: Attention: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801
Relationship of the Party: Creditor
Via:     ☐ CM/ECF   ☒ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: Beacon Bank
Address: 131 Clarendon Street, Boston, MA 02116
Relationship of the Party: Creditor
Via:     ☐ CM/ECF   ☒ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: Best Egg
Address: Attention: Bankruptcy, P.O. Box 42912, Philadelphia, PA 19101-2912
Relationship of the Party: Creditor
Via:     ☐ CM/ECF   ☒ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: Bruce Grossman
Address: 1001 Raritan Avenue, Highland Park, NJ 08904
Relationship of the Party: Creditor
Via:     ☐ CM/ECF   ☒ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: Chase Card Services
Address: Attention: Bankruptcy, P.O. Box 15299, Wilmington, DE 19850-5299
Relationship of the Party: Creditor
Via:     ☐ CM/ECF   ☒ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: CPI/AHP Havertown MOB Owner, LLC
Address: P.O. Box 98331, Washington, DC 20090
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: DS Colmar, LLC
Address: Attention: Michael Marchand, 485 Mola Boulevard, Elmwood, NJ 07407
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Global Merchant Cash, Inc.
Address: 64 Beaver Street, New York, NY 10004-2508
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Graybar Financial Services
Address: 11885 Lackland Road, Saint Louis, MO 63146
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: GreenSky
Address: Attention: Bankruptcy, 5565 Glenridge Connector, Suite 700, Atlanta, GA 30342-4796
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: IOU Central, Inc.
Address: 600 Town Park Lane, Suite 100, Kennesaw, GA 30144
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: JAI BHM Realty, LLC,
Address: 1246 W. Tilghman Street, Allentown, PA 18102
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Leaf Capital Funding, LLC
Address: c/o Legal Department, 2005 Market Street, 14th Floor, Philadelphia, PA 19103
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Likety Capital LLC
Address: 630 Canoga Avenue, Woodland Hills, CA 91367
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Lotus Real Estate Properties LLC
Address: 182 Bethlehem Pike, Colmar, PA 18915
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name: Omni Health Services, Inc.
Address: 160 Bethlehem Pike, Suite 120, Colmar, PA 18915
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name: Penfed Credit Union
Address: Attention: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-1432
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name: Salvatore Franchi
Address: P.O. Box 110, Broomall, PA 19008
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name: Spread Eagle Development Corp.
Address: 200 Plaza Court, Suite A, East Stroudsburg, PA 18301
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name: Sunrise Human Care Services, Inc.
Address: 160 Bethlehem Pike, Suite 120, Colmar, PA 18915
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name: Sushama Thevar
Address: 308 Dorothy Lane, Chalfont, PA 18914
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name: Truist Bank
Address: Attention: Bankruptcy, 214 N. Tryon Street, Suite 3, Charlotte, NC 28202-1023
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name: Truist Bank
Address: 1845 Walnut Street, Suite 1538, Philadelphia, PA 19103
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name: U.S. Small Business Administration
Address: Office of General Counsel, 409 3rd Street SW, Washington, DC 20416
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: Upgrade, Inc.
Address: Attention: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111-3305
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: Wilson Partners
Address: 1845 Oaklyn Drive, Kunkletown, PA 18058
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other: